Certificate Number: 03088-NJ-DE-032007184

Bankruptcy Case Number: 18-30084



03088-NJ-DE-032007184

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2018</u>, at <u>1:07</u> o'clock <u>PM CST</u>, <u>William C Muller</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 8, 2018</u>

By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>