Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−30084−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Carl Muller | Anita Marjorie Muller |
| 219 Highland Avenue | 219 Highland Avenue |
| River Vale, NJ 07675 | River Vale, NJ 07675 |

Social Security No.:
  xxx−xx−8166                          xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           1/10/19
Time:          08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 14, 2018
JAN: rh

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30084-JKS
William Carl Muller                                                       Chapter 13
Anita Marjorie Muller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Dec 14, 2018
                              Form ID: 132             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db/jdb         +William Carl Muller,    Anita Marjorie Muller,    219 Highland Avenue,
                 River Vale, NJ 07675-5520
aty            +Rebecca A. Solarz,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
cr             +U.S. Bank National Association, as Trustee for Ban,     RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517803505      +American Express,    PO BOX 6985,    Buffalo, NY 14240-6985
517849802       American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517803506      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517803507     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517858828       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517873584      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517803509      +Buldo Brothers,    PO Box 326,    Westwood, NJ 07675-0326
517803510      +Bureaus Investment Group,    650 Dundee Road Suite 370,     Northbrook, IL 60062-2757
517803516      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517803518      +Citi Mastercard,    PO Box 6500,    Sioux Falls, SD 57117-6500
517803519      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517803520      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517803521      +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
517803522      +Discover Bank,    502 Market St,    Greenwood, DE 19950-9700
517803524      +Distressed Asset Portfolio,    10625 Techwoods Circle,     Cincinnati, OH 45242-2846
517803535      +Dr. LeFelt DDS,    669 Westwood Ave,    Westwood, NJ 07675-6336
517803527      +EIS Collections,    PO BOX 1730,    Reynoldsburg, OH 43068-8730
517803525      +Early Warning Services,    16552 N 90th St #100,    Scottsdale, AZ 85260-1619
517803526      +Eichenbaum & Stylianou, LLC,    10 Forest Avenue, Suite 300,     PO Box 914,
                 Paramus, NJ 07653-0914
517803528      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517803529      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517803531     ++FORSTER & GARBUS LLP,     60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court:   Forster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
517803533      +Hackensack University Medical,    452 Old Hook Road,    Emerson, NJ 07630-1381
517803511      +Marie Burkhardt,    210 Bergenline Ave,    Union City, NJ 07087-2842
517803536      +Michael Harrison Esq,    3155 Route 10 East Suite 214,     Denville, NJ 07834-3430
517803539      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517803540      +National Enterprise Systems,    2479 Edison Blvd., Unit A,     Twinsburg, OH 44087-2476
517803542      +PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517803543      +Pnc Mortgage National Association,     PO BOX 94982,   Cleveland, OH 44101-4982
517803546      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517803548      +RAS Citron,    130 Clinton Road Suite 202,    Fairfield, NJ 07004-2927
517803547      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Bldg 1,    Belmar, NJ 07719-9020
517803550      +Selip & Stylioanou,    10 Forest Avenue - Sutie 300,    Paramus, NJ 07652-5242
517803551       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517885370      +U.S. BANK NATIONAL ASSOCIATION,     Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517812555      +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517803552       Unifund,    PO Box 505,    Linden, MI 48451-0505
517803553      +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517803513       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:05:12     Capital One bank,
                 PO Box 85520,    Richmond, VA 23285
517803512      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 00:05:50     Capital One,
                 PO BOX 85619,    Richmond, VA 23285-5619
517803514      +E-mail/Text: bankruptcy@cavps.com Dec 15 2018 00:00:45     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517803515      +E-mail/Text: bankruptcy@cavps.com Dec 15 2018 00:00:45     Cavalry SPV I LLC,
                 500 Summit Lake Drive,    Valhalla, NY 10595-1340
517803517      +Fax: 602-659-2196 Dec 15 2018 00:32:50     ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
517828813       E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517803523      +E-mail/Text: mrdiscen@discover.com Dec 14 2018 23:59:40     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Dec 14, 2018
                              Form ID: 132             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517803530      +E-mail/Text: data_processing@fin-rec.com Dec 15 2018 00:00:04
                Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
517803532      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:14      Ge Capital Retail Bank,
                170 Election Rd Suite 125,    Draper, UT 84020-6425
517803534      +E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 23:59:52
                Internal Revenue Service (Asset/Chap13),    Post Office Box 7346,    Philadelphia, PA 19101-7346
517803538      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 00:00:24      Midland Funding,
                2365 Northside Dr #300,    San Diego, CA 92108-2709
517803537      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 00:00:24      Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517873857      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 00:00:24      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517919073       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:05:55
                Portfolio Recovery Associates, LLC,    C/Ocapital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
517803545       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:17:24
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
517919079       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:17:52
                Portfolio Recovery Associates, LLC,    c/o Dressbarn,    POB 41067,    Norfolk VA 23541
517803541      +E-mail/Text: recovery@paypal.com Dec 14 2018 23:59:37      Paypal,    2211 North First Street,
                San Jose, CA 95131-2021
517803544      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:05:16
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517919747      +E-mail/Text: bncmail@w-legal.com Dec 15 2018 00:00:38      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517807182      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:41      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517916179*     +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517803549*     +Ras Citron LLC,    130 Clinton Road Suite 202,    Fairfield, NJ 07004-2927
517803508    ##+Bank of America,    Attn: Bankruptcy Nc4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
```
          Frank J Martone    on behalf of Creditor   PNC BANK, N.A. bky@martonelaw.com
          John F. Murano     on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com,
           vicky@muranoroth.com
          John F. Murano     on behalf of Debtor William Carl Muller john@muranoroth.com,
           vicky@muranoroth.com
          Laura M. Egerman    on behalf of Creditor   U.S. Bank National Association, as Trustee for Banc of
           America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee      USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```