JOHN F. MURANO, ESQ.
MURANO & ROTH, LLC
800 KINDERKAMACK ROAD
SUITE 202N
ORADELL, NJ  07649

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-30084

| Re: | WILLIAM CARL MULLER | Atty: | JOHN F. MURANO, ESQ. |
|---|---|---|---|
| | ANITA MARJORIE MULLER | | MURANO & ROTH, LLC |
| | 219 HIGHLAND AVENUE | | 800 KINDERKAMACK ROAD |
| | RIVER VALE,  NJ  07675 | | SUITE 202N |
| | | | ORADELL, NJ  07649 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $100,800.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $2,800.00 | 5368592000 | 12/05/2018 | $2,800.00 | 5447307000 |

**Total Receipts: $5,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 478.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 0.00 | 3,250.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,777.30 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 10,241.59 | * | 0.00 | |
| 0005 | BULDO BROTHERS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 9,607.58 | * | 0.00 | |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK NA | UNSECURED | 9,268.82 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 13,358.60 | * | 0.00 | |
| 0020 | DR. LEFELT DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MARIE BURKHARDT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 18-30084

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0035 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MTGS PD IN FULL | 84,056.30 | 100.00% | 0.00 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 4,997.95 | * | 0.00 | |
| 0039 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,999.22 | * | 0.00 | |
| 0050 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 330.35 | * | 0.00 | |
| 0053 | BANK OF AMERICA | UNSECURED | 2,726.53 | * | 0.00 | |
| 0054 | BANK OF AMERICA | UNSECURED | 2,360.90 | * | 0.00 | |
| 0055 | BANK OF AMERICA NA | UNSECURED | 1,045.55 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 934.50 | * | 0.00 | |
| 0057 | CAVALRY SPV I LLC | UNSECURED | 319.93 | * | 0.00 | |
| 0058 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DISCOVER BANK | UNSECURED | 5,585.93 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 4,080.13 | * | 0.00 | |
| 0061 | MIDLAND FUNDING LLC | UNSECURED | 1,332.43 | * | 0.00 | |
| 0062 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | UNITED STATES TREASURY/IRS | UNSECURED | 1,292.62 | * | 0.00 | |
| 0066 | MIDLAND CREDIT MANAGEMENT, INC. | SECURED | 2,043.53 | 100.00% | 0.00 | |
| 0067 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.94 | * | 0.00 | |
| 0068 | UNIFUND CCR | UNSECURED | 10,220.20 | * | 0.00 | |

**Total Paid: $478.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $5,600.00       -     Paid to Claims: $0.00       -     Admin Costs Paid: $478.80      =     Funds on Hand: $7,921.20

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.