**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

August 29, 2019

**Re: Standing Trustee's Notice of Distribution**
     **Case No: 18-30084**

On January 14, 2019 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 29, 2019

**Chapter 13 Case # 18-30084**

Atty:    JOHN F. MURANO, ESQ.

Re:      WILLIAM CARL MULLER
         ANITA MARJORIE MULLER
         219 HIGHLAND AVENUE
         RIVER VALE, NJ  07675

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $100,800.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $2,800.00 | 5368592000 | 12/05/2018 | $2,800.00 | 5447307000 |
| 01/03/2019 | $2,800.00 | 5509596000 | 02/04/2019 | $2,800.00 | 5592240000 |
| 03/04/2019 | $2,800.00 | 5670489000 | 04/03/2019 | $2,800.00 | 5755707000 |
| 05/02/2019 | $2,800.00 | 5829091000 | 06/04/2019 | $2,800.00 | 5913529000 |
| 07/02/2019 | $2,800.00 | 5987113000 | 07/08/2019 | ($2,800.00) | 5987113000 |
| 07/18/2019 | $2,800.00 |  | 08/09/2019 | $2,800.00 |  |

**Total Receipts: $28,000.00 -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $28,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 1,405.60 |  |
| ATTY | ATTORNEY | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 |  |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,777.30 | * | 0.00 |  |
| 0003 | BANK OF AMERICA | UNSECURED | 10,241.59 | * | 0.00 |  |
| 0005 | BULDO BROTHERS | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | BUREAUS INVESTMENT GROUP | UNSECURED | 0.00 | * | 0.00 |  |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 |  |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 9,607.58 | * | 0.00 |  |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0013 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 |  |
| 0015 | CITIBANK NA | UNSECURED | 9,268.82 | * | 0.00 |  |
| 0017 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 13,358.60 | * | 0.00 |  |
| 0020 | DR. LEFELT DDS | UNSECURED | 0.00 | * | 0.00 |  |
| 0028 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 |  |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0029 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MARIE BURKHARDT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MTGS PD IN FULL | 84,056.30 | 100.00% | 22,790.32 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 4,997.95 | * | 0.00 | |
| 0039 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,999.22 | * | 0.00 | |
| 0050 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 330.35 | * | 0.00 | |
| 0053 | BANK OF AMERICA | UNSECURED | 2,726.53 | * | 0.00 | |
| 0054 | BANK OF AMERICA | UNSECURED | 2,360.90 | * | 0.00 | |
| 0055 | BANK OF AMERICA NA | UNSECURED | 1,045.55 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 934.50 | * | 0.00 | |
| 0057 | CAVALRY SPV I LLC | UNSECURED | 319.93 | * | 0.00 | |
| 0058 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DISCOVER BANK | UNSECURED | 5,585.93 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 4,080.13 | * | 0.00 | |
| 0061 | MIDLAND FUNDING LLC | UNSECURED | 1,332.43 | * | 0.00 | |
| 0062 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | UNITED STATES TREASURY/IRS | UNSECURED | 1,292.62 | * | 0.00 | |
| 0066 | MIDLAND CREDIT MANAGEMENT, INC. | SECURED | 2,043.53 | 100.00% | 554.08 | |
| 0067 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.94 | * | 0.00 | |
| 0068 | UNIFUND CCR | UNSECURED | 10,220.20 | * | 0.00 | |

**Total Paid:  $28,000.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---:|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 02/11/2019 | $110.87 | 819808 | | 03/18/2019 | $62.67 | 821788 |
| | 04/15/2019 | $62.67 | 823811 | | 05/20/2019 | $62.67 | 825800 |
| | 06/17/2019 | $63.80 | 827784 | | 07/15/2019 | $63.80 | 829646 |
| | 08/19/2019 | $127.60 | 831641 | | | | |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | | |
| | 02/11/2019 | $4,560.33 | 819839 | | 03/18/2019 | $2,577.73 | 821815 |
| | 04/15/2019 | $2,577.73 | 823840 | | 05/20/2019 | $2,577.73 | 825830 |
| | 06/17/2019 | $2,624.20 | 827814 | | 07/15/2019 | $2,624.20 | 829674 |
| | 08/19/2019 | $5,248.40 | 831676 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 29, 2019.

Receipts: $28,000.00    -    Paid to Claims: $23,344.40    -    Admin Costs Paid: $4,655.60    =    Funds on Hand: $0.00

Base Plan Amount: $100,800.00    -    Receipts: $28,000.00    =    Total Unpaid Balance: **$72,800.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.