UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MURANO & ROTH, LLC
800 Kinderkamack Road - Suite 202N
Oradell, New Jersey 07649
201-265-3400
/s/ John F. Murano
John F. Murano\JM-8846

In Re:

WILLIAM CARL MULLER and ANITA MARJORIE MULLER

Case No.: _____18-30084_____

Judge: _____Sherwood_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____PNC BANK, N.A._____, creditor,

   A hearing has been scheduled for _____November 14, 2019_____, at __10:00am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I was consulting with a representative on the phone from PNC Bank's loan department when they mentioned there was no interest to be paid as we were in Chapter 13. I understood that I didn't necessarily need to continue paying the loan from PNC. Beginning on November 1, 2019, I will be making payments of $600 for the next six months to make up for the amount in arrears.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 23, 2019             /s/ William Carl Muller
                                    Debtor's Signature

Date: October 23, 2019             /s/ Anita Marjorie Muller
                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.