UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, N.A.

In Re:

William Muller & Anita Muller,

Debtors.

Case No.:    18-30084-JKS

Chapter:    13

Hearing Date:    11/14/2019

Judge:    Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 219 Highland Ave., River Vale, NJ (Docket # 36)

_____

Date: 11/12/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*