JOHN F. MURANO, ESQ.
MURANO & ROTH, LLC
800 KINDERKAMACK ROAD
SUITE 202N
ORADELL, NJ  07649

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-30084

| Re: | WILLIAM CARL MULLER | Atty: | JOHN F. MURANO, ESQ. |
|---|---|---|---|
|  | ANITA MARJORIE MULLER |  | MURANO & ROTH, LLC |
|  | 219 HIGHLAND AVENUE |  | 800 KINDERKAMACK ROAD |
|  | RIVER VALE,  NJ  07675 |  | SUITE 202N |
|  |  |  | ORADELL, NJ  07649 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $100,800.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $2,800.00 | 5368592000 | 12/05/2018 | $2,800.00 | 5447307000 |
| 01/03/2019 | $2,800.00 | 5509596000 | 02/04/2019 | $2,800.00 | 5592240000 |
| 03/04/2019 | $2,800.00 | 5670489000 | 04/03/2019 | $2,800.00 | 5755707000 |
| 05/02/2019 | $2,800.00 | 5829091000 | 06/04/2019 | $2,800.00 | 5913529000 |
| 07/02/2019 | $2,800.00 | 5987113000 | 07/08/2019 | ($2,800.00) | 5987113000 |
| 07/18/2019 | $2,800.00 |  | 08/09/2019 | $2,800.00 |  |
| 09/10/2019 | $2,800.00 |  | 10/08/2019 | $2,800.00 |  |
| 11/12/2019 | $2,800.00 |  | 12/09/2019 | $2,800.00 |  |
| 01/10/2020 | $2,800.00 |  |  |  |  |

**Total Receipts: $42,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $42,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | |
|  | 02/11/2019 | $110.87 | 819,808 | 03/18/2019 | $62.67 | 821,788 |
|  | 04/15/2019 | $62.67 | 823,811 | 05/20/2019 | $62.67 | 825,800 |
|  | 06/17/2019 | $63.80 | 827,784 | 07/15/2019 | $63.80 | 829,646 |
|  | 08/19/2019 | $127.60 | 831,641 | 09/16/2019 | $65.46 | 833,644 |
|  | 10/21/2019 | $63.00 | 835,677 | 11/18/2019 | $63.00 | 837,743 |
|  | 12/16/2019 | $62.39 | 839,651 | 01/13/2020 | $62.39 | 841,539 |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | |
|  | 02/11/2019 | $4,560.33 | 819,839 | 03/18/2019 | $2,577.73 | 821,815 |
|  | 04/15/2019 | $2,577.73 | 823,840 | 05/20/2019 | $2,577.73 | 825,830 |
|  | 06/17/2019 | $2,624.20 | 827,814 | 07/15/2019 | $2,624.20 | 829,674 |
|  | 08/19/2019 | $5,248.40 | 831,676 | 09/16/2019 | $2,692.54 | 833,673 |
|  | 10/21/2019 | $2,591.40 | 835,710 | 11/18/2019 | $2,591.40 | 837,773 |
|  | 12/16/2019 | $2,566.48 | 839,689 | 01/13/2020 | $2,566.48 | 841,571 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
|  | 12/16/2019 | $25.53 | 839,819 | 01/13/2020 | $25.52 | 841,706 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 18-30084**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,030.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,777.30 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 10,241.59 | * | 0.00 | |
| 0005 | BULDO BROTHERS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 9,607.58 | * | 0.00 | |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK NA | UNSECURED | 9,268.82 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 13,358.60 | * | 0.00 | |
| 0020 | DR. LEFELT DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MARIE BURKHARDT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MTGS PD IN FULL | 84,056.30 | 100.00% | 35,798.62 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 4,997.95 | * | 0.00 | |
| 0039 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,999.22 | * | 0.00 | |
| 0050 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 330.35 | * | 0.00 | |
| 0053 | BANK OF AMERICA | UNSECURED | 2,726.53 | * | 0.00 | |
| 0054 | BANK OF AMERICA | UNSECURED | 2,360.90 | * | 0.00 | |
| 0055 | BANK OF AMERICA NA | UNSECURED | 1,045.55 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 934.50 | * | 0.00 | |
| 0057 | CAVALRY SPV I LLC | UNSECURED | 319.93 | * | 0.00 | |
| 0058 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DISCOVER BANK | UNSECURED | 5,585.93 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 4,080.13 | * | 0.00 | |
| 0061 | MIDLAND FUNDING LLC | UNSECURED | 1,332.43 | * | 0.00 | |
| 0062 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | UNITED STATES TREASURY/IRS | UNSECURED | 1,292.62 | * | 0.00 | |
| 0066 | MIDLAND CREDIT MANAGEMENT, INC. | SECURED | 2,043.53 | 100.00% | 870.32 | |
| 0067 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.94 | * | 0.00 | |
| 0068 | UNIFUND CCR | UNSECURED | 10,220.20 | * | 0.00 | |
| 0069 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 531.00 | 100.00% | 51.05 | |

**Total Paid: $41,999.99**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $42,000.00    -    Paid to Claims: $36,719.99    -    Admin Costs Paid: $5,280.00    =    Funds on Hand: $0.01

**Chapter 13 Case # 18-30084**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.