Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Carl Muller                              Anita Marjorie Muller
   219 Highland Avenue                              219 Highland Avenue
   River Vale, NJ 07675                             River Vale, NJ 07675

Social Security No.:
   xxx−xx−8166                                      xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/22/20 at 10:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/2/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*44* − Certification in Opposition to Certification of Default filed by PNC Bank (related document:43 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/2/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Murano, John)

Dated: 9/29/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
William Carl Muller  
Anita Marjorie Muller  
    Debtor(s)

Case No. 18-30084-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK N.A. bky@martonelaw.com |
| John F. Murano | on behalf of Debtor William Carl Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John F. Murano | on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |

Case 18-30084-JKS    Doc 46    Filed 10/01/20    Entered 10/02/20 00:42:25    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10