UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

| | |
|---|---|
| In Re: | Case No.: _____18-30084-JKS_____ |
| William Carl Muller & Anita Marjorie Muller, | Chapter: _____13_____ |
| Debtors. | Hearing Date: _____10/22/2020_____ |
| | Judge: _____Sherwood_____ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒ Settled                 ☐ Withdrawn

Matter: _Secured Creditor's Certification of Default (Docket # 43)_____

_____

Date: _10/20/2020_____                    _/s/ Denise Carlon_____
                                                 Signature

*rev.8/1/15*