

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

10/28/2020

U.S. Bankruptcy Court
District of New Jersey (Newark)

Martin Luther King, Jr. Fed Blg,
50 Walnut Street, Newark, NJ 07102

Debtor  William Carl Muller
Case Number  18-30084

Dear Bankruptcy Court:

William Carl Muller            is the mortgagor on PNC Mortgage loan xxxxxx 0522

Please withdraw the Notice of Mortgage Payment Change  that was filed on 10/06/2020
as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.


Sincerely,


/s/ Jodi Porter
_____
     Bankruptcy Specialist