Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Carl Muller                    Anita Marjorie Muller
219 Highland Avenue                    219 Highland Avenue
River Vale, NJ 07675                   River Vale, NJ 07675

Social Security No.:
  xxx−xx−8166                          xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 14, 2019.

On 12/10/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           January 14, 2021
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 15, 2020
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 18-30084-JKS
William Carl Muller                                                                                        Chapter 13
Anita Marjorie Muller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 4
Date Rcvd: Dec 15, 2020                Form ID: 185                Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| cr | + | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517849802 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517803507 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517858828 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517873584 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803510 | + | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803518 | + | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517803520 | + | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803553 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517803522 | + | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803525 | + | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803528 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803539 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803546 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517803548 | + | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |
| 517803551 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803552 | | Unifund, PO Box 505, Linden, MI 48451-0505 |

Case 18-30084-JKS    Doc 53    Filed 12/17/20    Entered 12/18/20 00:17:28    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 185 | Total Noticed: 68 |

| 517930955 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2020 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2020 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 517803513 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:17:16 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:17:16 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2020 21:17:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 517803515 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2020 21:17:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517803517 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 15 2020 21:17:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 517803521 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 15 2020 21:17:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517927194 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517828813 | | Email/Text: mrdiscen@discover.com | Dec 15 2020 21:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + | Email/Text: mrdiscen@discover.com | Dec 15 2020 21:15:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803530 | + | Email/Text: data_processing@fin-rec.com | Dec 15 2020 21:16:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517803532 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:17:08 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2020 21:16:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 517803516 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 15 2020 22:18:36 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517803537 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517873857 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803542 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | | | |
|---|---|---|---|---|
| | | Dec 15 2020 22:18:47 | | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517803545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 15 2020 22:18:47 | | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 15 2020 22:20:09 | | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803541 | + | Email/Text: recovery@paypal.com | | |
| | | Dec 15 2020 21:15:00 | | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 15 2020 22:17:23 | | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517919747 | + | Email/Text: bncmail@w-legal.com | | |
| | | Dec 15 2020 21:16:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517807182 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 15 2020 22:17:08 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803508 | ##+ | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| John F. Murano | on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John F. Murano | |

| | |
|---|---|
| District/off: 0312-2 | User: admin |
| Date Rcvd: Dec 15, 2020 | Form ID: 185 |

Page 4 of 4
Total Noticed: 68

| | |
|---|---|
| | on behalf of Debtor William Carl Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Melissa N. Licker | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10