**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
 0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **William Carl Muller**  
**Anita Marjorie Muller**

Case No.: **18-30084**  
Judge: **Sherwood**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  
☐ Motions Included  
☑ Modified/Notice Required  
☐ Modified/No Notice Required  

Date: **December 8, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney __JFM____    Initial Debtor: __WCM____    Initial Co-Debtor __AMM____

## Part 1: Payment and Length of Plan

a. The debtor shall pay __2,800.00 Monthly__ to the Chapter 13 Trustee, starting on __November 1, 2018__ for approximately 48 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    [X] NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| John F. Murano JM8846 | Attorney Fees | 3,250.00 |
| | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| US Bank National Assoc. Nationstar Mortgage LLC d/b/a Mr. Cooper | 219 Highland Ave River Vale, NJ 07675 Bergen County | $84,056.30 (See Part 10 for treatment of post petition amounts due) | 0.00 | $84,056.30 | 0.00 (Mortgage is fully matured) |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
Pnc Mortgage
Pnc Mortgage  (See Part 10 for treatment of post petition arrears)

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Midland Funding | 219 Highland Ave River Vale, NJ 07675 Bergen County | $2,043.53 |

## Part 5:  Unsecured Claims        ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| Part 7: Motions | X NONE |
|---|---|

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
  1) Ch. 13 Standing Trustee Commissions
  2) **Other Administrative Claims**
  3) **Secured Claims**

5

|   |   |
|---|---|
| 4) | **Lease Arrearages** |
| 5) | **Priority Claims** |
| 6) | **General Unsecured Claims** |

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Post petition amounts are due secured creditors PNC and US Bank | Part 4a, 4f and 10 reflect that payment of arrears are to be made through plan<br><br>Plan is extended to 48 months in order to accommodate said claims. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:

**Amount of $21,541.37 due secured creditor US Bank National Assoc. Nationstar Mortgage LLC dba Mr. Cooper post-petition, consisting of real estate taxes and insurance premiums advanced to be paid through the plan, along with counsel fees at 0.0% interest. (See Part 4a)**

**Amount of $1,765.44 due secured creditor PNC, consisting of post-petition arrearages, shall be paid through the plan, along with counsel fees, at 0.0% interest.**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **December 8, 2020**    /s/ **William Carl Muller**
                              **William Carl Muller**
                              Debtor

6

Date: **December 8, 2020**　　　　　　　　　　　**/s/ Anita Marjorie Muller**
　　　　　　　　　　　　　　　　　　　　　　　**Anita Marjorie Muller**
　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

Date **December 8, 2020**　　　　　　　　　　　**/s/ John F. Murano**
　　　　　　　　　　　　　　　　　　　　　　　**John F. Murano JM8846**
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30084-JKS
William Carl Muller  Chapter 13
Anita Marjorie Muller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Dec 15, 2020     Form ID: pdf901     Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| cr | + | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517849802 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517803507 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517858828 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517873584 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803510 | + | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803518 | + | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517803520 | + | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803553 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517803522 | + | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803525 | + | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803528 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803539 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803546 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517803548 | + | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |
| 517803551 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803552 | | Unifund, PO Box 505, Linden, MI 48451-0505 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf901 | Total Noticed: 68 |

517930955    +    Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2020 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2020 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 517803513 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:18:40 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:20:01 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2020 21:17:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 517803515 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2020 21:17:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517803517 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 15 2020 21:17:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 517803521 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 15 2020 21:17:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517927194 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517828813 | | Email/Text: mrdiscen@discover.com | Dec 15 2020 21:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + | Email/Text: mrdiscen@discover.com | Dec 15 2020 21:15:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803530 | + | Email/Text: data_processing@fin-rec.com | Dec 15 2020 21:16:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517803532 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:17:08 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2020 21:16:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 517803516 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 15 2020 22:17:12 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517803537 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517873857 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803542 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2020 21:16:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 15 2020 22:20:09 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517803545 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:20:09 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:18:48 | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803541 | + Email/Text: recovery@paypal.com | Dec 15 2020 21:15:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:18:47 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517919747 | + Email/Text: bncmail@w-legal.com | Dec 15 2020 21:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517807182 | + Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:17:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803508 | ##+ | Bank of America, Attn: Bankruptcy Nc4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone
on behalf of Creditor PNC BANK N.A. bky@martonelaw.com

John F. Murano
on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com
vicky@muranoroth.com;muranojr90959@notify.bestcase.com

John F. Murano

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf901 | Total Noticed: 68 |

| | |
|---|---|
| Laura M. Egerman | on behalf of Debtor William Carl Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10