Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite #300
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| William Carl Muller, <br> Anita Marjorie Muller, <br><br>                    Debtor. | Case No. 18-30084-JKS <br><br> Judge: Hon. John K. Sherwood |

**APPLICATION APPROVING CONSENT ORDER**

I, Melissa Licker, hereby depose and says:

1. I am the attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 ("Secured Creditor").
2. The Debtor's attorney and I came to an agreement resolving the post-petition advances made on Debtor's behalf for taxes and insurance for the Property.
3. The attached Consent Order reflects the agreement of all parties and was entered voluntarily.
4. Both parties believe that it is in the best interest of all parties that this Consent Order be approved.
5. I certify that the foregoing is true to the best of my knowledge and am aware that if anything herein is willfully false, I am subject to punishment.

Dated: January 12, 2021

McCalla Raymer Leibert Pierce, LLC
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1,

By: */s/ Melissa Licker*
    Melissa Licker