Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite #300
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| William Carl Muller,<br>Anita Marjorie Muller,<br><br>                    Debtors. | Case No. 18-30084-JKS<br><br>Judge: Hon. John K. Sherwood |

**CERTIFICATE OF CONSENT REGARDING PAYMENT OF ESCROW ON TOTAL DEBT CLAIM OR IN THE ALTERNATIVE VACATING THE AUTOMATIC STAY**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

a. The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;
b. The signatures represented by the "/s/ *Melissa Licker*" on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;
c. I will retain the original consent order for a period of seven years from the date of the closing of the case or adversary proceeding;
d. I will make the original consent order available for inspection upon request of the Court or any party in interest; and
e. I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: January 12, 2021

McCalla Raymer Leibert Pierce, LLC
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1,

By:    */s/ Melissa Licker*

        Melissa Licker