Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite #300
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>William Carl Muller,<br>Anita Marjorie Muller,<br><br>                              Debtors. | Chapter 13<br><br>Case No. 18-30084-JKS<br><br>Judge: Hon. John K. Sherwood |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, _Nichole Ortiz_____:

   ☐ represent the _____ in the above-captioned matter.

   X  am the secretary/paralegal for McCalla Raymer Leibert Pierce, LLC who represents Movant.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certificate of Consent

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 12, 2021                            /s/ *Nichole Ortiz*_____
                                                  Nichole Ortiz

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☒ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| William Carl Muller<br>219 Highland Avenue<br>River Vale, NJ 07675 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court or by rule. Cite the rule if applicable*) |
| Anita Marjorie Muller<br>219 Highland Avenue<br>River Vale, NJ 07675 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court or by rule. Cite the rule if applicable*) |
| John F. Murano<br>Murano & Roth, LLC<br>800 Kinderkamack Road - Suite 202N<br>Oradell, NJ 07649 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>United States Trustee | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.