JOHN F. MURANO, ESQ.
MURANO & ROTH, LLC
800 KINDERKAMACK ROAD
SUITE 202N
ORADELL, NJ  07649

Re:  WILLIAM CARL MULLER         Atty:  JOHN F. MURANO, ESQ.
     ANITA MARJORIE MULLER              MURANO & ROTH, LLC
     219 HIGHLAND AVENUE                800 KINDERKAMACK ROAD
     RIVER VALE,  NJ  07675             SUITE 202N
                                        ORADELL, NJ  07649

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-30084

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $134,400.00**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $2,800.00 | 5368592000 | 12/05/2018 | $2,800.00 | 5447307000 |
| 01/03/2019 | $2,800.00 | 5509596000 | 02/04/2019 | $2,800.00 | 5592240000 |
| 03/04/2019 | $2,800.00 | 5670489000 | 04/03/2019 | $2,800.00 | 5755707000 |
| 05/02/2019 | $2,800.00 | 5829091000 | 06/04/2019 | $2,800.00 | 5913529000 |
| 07/02/2019 | $2,800.00 | 5987113000 | 07/08/2019 | ($2,800.00) | 5987113000 |
| 07/18/2019 | $2,800.00 | | 08/09/2019 | $2,800.00 | |
| 09/10/2019 | $2,800.00 | | 10/08/2019 | $2,800.00 | |
| 11/12/2019 | $2,800.00 | | 12/09/2019 | $2,800.00 | |
| 01/10/2020 | $2,800.00 | | 02/10/2020 | $2,800.00 | |
| 03/09/2020 | $2,800.00 | | 04/10/2020 | $2,800.00 | |
| 05/12/2020 | $2,800.00 | | 06/10/2020 | $2,800.00 | |
| 07/13/2020 | $2,800.00 | | 08/19/2020 | $2,800.00 | |
| 09/15/2020 | $2,800.00 | | 11/09/2020 | $2,800.00 | |
| 01/11/2021 | $2,800.00 | | | | |

**Total Receipts: $70,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $70,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | |
| | 02/11/2019 | $110.87 | 819,808 | 03/18/2019 | $62.67 | 821,788 |
| | 04/15/2019 | $62.67 | 823,811 | 05/20/2019 | $62.67 | 825,800 |
| | 06/17/2019 | $63.80 | 827,784 | 07/15/2019 | $63.80 | 829,646 |
| | 08/19/2019 | $127.60 | 831,641 | 09/16/2019 | $65.46 | 833,644 |
| | 10/21/2019 | $63.00 | 835,677 | 11/18/2019 | $63.00 | 837,743 |
| | 12/16/2019 | $62.39 | 839,651 | 01/13/2020 | $62.39 | 841,539 |
| | 03/16/2020 | $176.06 | 845,345 | 04/20/2020 | $56.34 | 847,283 |
| | 05/18/2020 | $56.34 | 849,130 | 06/15/2020 | $57.90 | 850,823 |
| | 07/20/2020 | $57.90 | 852,647 | 09/21/2020 | $115.81 | 856,342 |
| | 11/16/2020 | $57.90 | 859,986 | | | |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | |
| | 02/11/2019 | $4,560.33 | 819,839 | 03/18/2019 | $2,577.73 | 821,815 |
| | 04/15/2019 | $2,577.73 | 823,840 | 05/20/2019 | $2,577.73 | 825,830 |
| | 06/17/2019 | $2,624.20 | 827,814 | 07/15/2019 | $2,624.20 | 829,674 |
| | 08/19/2019 | $5,248.40 | 831,676 | 09/16/2019 | $2,692.54 | 833,673 |
| | 10/21/2019 | $2,591.40 | 835,710 | 11/18/2019 | $2,591.40 | 837,773 |
| | 12/16/2019 | $2,566.48 | 839,689 | 01/13/2020 | $2,566.48 | 841,571 |
| | 03/16/2020 | $7,627.20 | 845,373 | 04/20/2020 | $2,440.61 | 847,312 |
| | 05/18/2020 | $2,440.61 | 849,161 | 06/15/2020 | $2,508.41 | 850,847 |
| | 07/20/2020 | $2,508.41 | 852,677 | 09/21/2020 | $5,016.82 | 856,372 |
| | 11/16/2020 | $2,508.41 | 860,011 | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 12/16/2019 | $25.53 | 839,819 | 01/13/2020 | $25.52 | 841,706 |
| | 02/12/2020 | ($25.52) | 841,706 | 02/12/2020 | $25.52 | 844,232 |
| | 03/16/2020 | $72.03 | 845,505 | 04/20/2020 | $23.05 | 847,448 |
| | 05/18/2020 | $23.05 | 849,274 | 06/15/2020 | $23.69 | 850,960 |
| | 07/20/2020 | $23.69 | 852,792 | 09/21/2020 | $47.37 | 856,490 |
| | 11/16/2020 | $23.69 | 860,123 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,141.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,777.30 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 10,241.59 | * | 0.00 | |
| 0005 | BULDO BROTHERS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 9,607.58 | * | 0.00 | |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK NA | UNSECURED | 9,268.82 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 13,358.60 | * | 0.00 | |
| 0020 | DR. LEFELT DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MARIE BURKHARDT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MTGS PD IN FULL | 84,056.30 | 100.00% | 58,282.61 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 4,997.95 | * | 0.00 | |
| 0039 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,999.22 | * | 0.00 | |
| 0050 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 330.35 | * | 0.00 | |
| 0053 | BANK OF AMERICA | UNSECURED | 2,726.53 | * | 0.00 | |
| 0054 | BANK OF AMERICA | UNSECURED | 2,360.90 | * | 0.00 | |
| 0055 | BANK OF AMERICA NA | UNSECURED | 1,045.55 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 934.50 | * | 0.00 | |
| 0057 | CAVALRY SPV I LLC | UNSECURED | 319.93 | * | 0.00 | |
| 0058 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DISCOVER BANK | UNSECURED | 5,585.93 | * | 0.00 | |

**Chapter 13 Case # 18-30084**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 4,080.13 | * | 0.00 | |
| 0061 | MIDLAND FUNDING LLC | UNSECURED | 1,332.43 | * | 0.00 | |
| 0062 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | UNITED STATES TREASURY/IRS | UNSECURED | 1,292.62 | * | 0.00 | |
| 0066 | MIDLAND CREDIT MANAGEMENT, INC. | SECURED | 2,043.53 | 100.00% | 1,448.57 | |
| 0067 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.94 | * | 0.00 | |
| 0068 | UNIFUND CCR | UNSECURED | 10,220.20 | * | 0.00 | |
| 0069 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 2,296.44 | 100.00% | 287.62 | |
| 0070 | NATIONSTAR MORTGAGE LLC, D/B/A MR | SECURED | 21,541.37 | 100.00% | 0.00 | |

**Total Paid:  $67,410.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $70,000.00       -    Paid to Claims: $60,018.80    -    Admin Costs Paid: $7,391.20    =    Funds on Hand: $2,590.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.