Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Carl Muller | Anita Marjorie Muller |
| 219 Highland Avenue | 219 Highland Avenue |
| River Vale, NJ 07675 | River Vale, NJ 07675 |

Social Security No.:
xxx−xx−8166               xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 19, 2021.

Dated: January 19, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William Carl Muller  
Anita Marjorie Muller  
    Debtors

Case No. 18-30084-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 19, 2021 | Form ID: plncf13 | Total Noticed: 69 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| cr | + | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517849802 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517803507 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517803508 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 517858828 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517873584 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803510 | + | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803518 | + | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517803520 | + | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803553 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517803522 | + | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803525 | + | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803528 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803539 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803546 | + | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517803548 | + | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |
| 517803551 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803552 | | Unifund, PO Box 505, Linden, MI 48451-0505 |
| 517930955 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

Case 18-30084-JKS    Doc 62    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 19, 2021 | Form ID: plncf13 | Total Noticed: 69 |
| TOTAL: 41 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2021 23:25:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 517803513 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 19 2021 23:57:25 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 19 2021 23:54:50 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + Email/Text: bankruptcy@cavps.com | Jan 19 2021 23:27:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 517803515 | + Email/Text: bankruptcy@cavps.com | Jan 19 2021 23:27:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517803517 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 19 2021 23:27:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 517803521 | + Email/Text: convergent@ebn.phinsolutions.com | Jan 19 2021 23:28:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517927194 | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2021 23:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517828813 | Email/Text: mrdiscen@discover.com | Jan 19 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + Email/Text: mrdiscen@discover.com | Jan 19 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803530 | + Email/Text: data_processing@fin-rec.com | Jan 19 2021 23:26:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517803532 | + Email/PDF: gecsedi@recoverycorp.com | Jan 19 2021 23:55:53 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2021 23:26:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 517803516 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 19 2021 23:56:04 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2021 23:27:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 517803537 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2021 23:27:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517873857 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2021 23:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803542 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2021 23:25:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2021 23:25:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2021 23:55:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

Case 18-30084-JKS    Doc 62    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: plncf13 | Total Noticed: 69 |

| 517803545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- | --- |
| | | | Jan 19 2021 23:55:01 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 19 2021 23:57:38 | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803541 | + | Email/Text: recovery@paypal.com | | |
| | | | Jan 19 2021 23:24:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 19 2021 23:55:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517919747 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jan 19 2021 23:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517807182 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 19 2021 23:57:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | |
| | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| John F. Murano | |
| | on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John F. Murano | |
| | on behalf of Debtor William Carl Muller john@muranoroth.com  vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: plncf13 | Total Noticed: 69 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10