**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

WILLIAM CARL MULLER
ANITA MARJORIE MULLER

Case No.:  18-30084

Adv. No.:

Hearing Date:

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 02/04/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
WILLIAM CARL MULLER
ANITA MARJORIE MULLER
219 HIGHLAND AVENUE
RIVER VALE, NJ  07675
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOHN F. MURANO, ESQ.
MURANO & ROTH, LLC
800 KINDERKAMACK ROAD
SUITE 202N
ORADELL, NJ  07649
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  February 04, 2021

By:   /S/  Jeannine VanSant
      Jeannine VanSant