Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Carl Muller | Anita Marjorie Muller |
| 219 Highland Avenue | 219 Highland Avenue |
| River Vale, NJ 07675 | River Vale, NJ 07675 |

Social Security No.:
   xxx−xx−8166                                              xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/11/21 at 10:00 AM

to consider and act upon the following:

**65** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2021. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

**67** − Certification in Opposition to Certification of Default filed by the Trustee (related document:65 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2021. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Attachments: # 1 Exhibit) (Murano, John)

Dated: 2/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court