UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

| | |
|---|---|
| In Re: | Case No.:    18-30084-JKS |
| William Muller & Anita Muller, | Chapter:    13 |
| Debtors. | Hearing Date:    6/24/2021 |
| | Judge:    Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Certification of Default (Docket # 71)

_____

Date:  6/17/2021                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*