UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

William Carl Muller & Anita Marjorie Muller,

Debtors.

Case No.:      18-30084-JKS

Chapter:            13

Hearing Date:    8/12/2021

Judge:          Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 219 Highland Avenue (Docket # 78)

_____

Date: 8/6/2021                               /s/ Denise Carlon
                                             Signature

*rev.8/1/15*