UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on September 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Anita Marjorie Muller, William Carl Muller,

Debtors.

Case No.: 18-30084 JKS

Adv. No.:

Hearing Date: 8/12/2021 @ 10:00 a.m.

Judge: John K. Sherwood

# AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 15, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors: Anita Marjorie Muller, William Carl Muller
Case No: 18-30084 JKS
Caption of Order: AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 219 Highland Avenue, River Vale, NJ, 07675, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John F. Murano, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of August 17, 2021 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2019 through August 2021 with a suspense balance of $42.72 for a total default of $30,285.92.

The debtor is due as follows:

- $1,069.68    01/01/2019
- $1,052.71    02/01/2019
- $1,077.92    03/01/2019
- $1,031.67    04/01/2019
- $1,077.92    05/01/2019
- $1,047.08    06/01/2019
- $1,093.34    07/01/2019
- $1,047.09    08/01/2019
- $1,062.50    09/01/2019
- $1,108.76    10/01/2019
- $1,038.11    11/01/2019
- $1,027.50    12/01/2019
- $989.31    01/01/2020
- $989.21    02/01/2020
- $1,014.14    03/01/2020
- $975.30    04/01/2020
- $988.25    05/01/2020
- $850.35    06/01/2020
- $850.35    07/01/2020
- $834.20    08/01/2020
- $858.43    09/01/2020
- $850.35    10/01/2020
- $826.12    11/01/2020
- $826.12    12/01/2020
- $842.28    01/01/2021
- $850.44    02/01/2021
- $851.03    03/01/2021

- $826.74     04/01/2021
- $834.84     05/01/2021
- $859.13     06/01/2021
- $851.04     07/01/2021
- $826.73     08/01/2021

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $30,285.92 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2021, directly to Secured Creditor, PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.