JOHN F. MURANO, ESQ.
MURANO & ROTH, LLC
800 KINDERKAMACK ROAD
SUITE 202N
ORADELL, NJ  07649

Re:  WILLIAM CARL MULLER           Atty:  JOHN F. MURANO, ESQ.
     ANITA MARJORIE MULLER                MURANO & ROTH, LLC
     219 HIGHLAND AVENUE                  800 KINDERKAMACK ROAD
     RIVER VALE,  NJ  07675               SUITE 202N
                                          ORADELL, NJ  07649

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-30084

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $167,206.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $2,800.00 | 5368592000 | 12/05/2018 | $2,800.00 | 5447307000 |
| 01/03/2019 | $2,800.00 | 5509596000 | 02/04/2019 | $2,800.00 | 5592240000 |
| 03/04/2019 | $2,800.00 | 5670489000 | 04/03/2019 | $2,800.00 | 5755707000 |
| 05/02/2019 | $2,800.00 | 5829091000 | 06/04/2019 | $2,800.00 | 5913529000 |
| 07/02/2019 | $2,800.00 | 5987113000 | 07/08/2019 | ($2,800.00) | 5987113000 |
| 07/18/2019 | $2,800.00 | | 08/09/2019 | $2,800.00 | |
| 09/10/2019 | $2,800.00 | | 10/08/2019 | $2,800.00 | |
| 11/12/2019 | $2,800.00 | | 12/09/2019 | $2,800.00 | |
| 01/10/2020 | $2,800.00 | | 02/10/2020 | $2,800.00 | |
| 03/09/2020 | $2,800.00 | | 04/10/2020 | $2,800.00 | |
| 05/12/2020 | $2,800.00 | | 06/10/2020 | $2,800.00 | |
| 07/13/2020 | $2,800.00 | | 08/19/2020 | $2,800.00 | |
| 09/15/2020 | $2,800.00 | | 11/09/2020 | $2,800.00 | |
| 01/11/2021 | $2,800.00 | | 02/05/2021 | $5,600.00 | |
| 03/05/2021 | $2,800.00 | | 04/05/2021 | $6.00 | |
| 04/07/2021 | $2,800.00 | | 05/07/2021 | $2,800.00 | |
| 06/07/2021 | $2,800.00 | | 07/08/2021 | $2,800.00 | |
| 08/09/2021 | $2,800.00 | | 10/08/2021 | $2,800.00 | |
| 12/08/2021 | $3,000.00 | | | | |

**Total Receipts: $98,206.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $98,206.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | |
| | 02/11/2019 | $110.87 | 819,808 | 03/18/2019 | $62.67 | 821,788 |
| | 04/15/2019 | $62.67 | 823,811 | 05/20/2019 | $62.67 | 825,800 |

**Chapter 13 Case # 18-30084**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/17/2019 | $63.80 | 827,784 | | 07/15/2019 | $63.80 | 829,646 |
| | 08/19/2019 | $127.60 | 831,641 | | 09/16/2019 | $65.46 | 833,644 |
| | 10/21/2019 | $63.00 | 835,677 | | 11/18/2019 | $63.00 | 837,743 |
| | 12/16/2019 | $62.39 | 839,651 | | 01/13/2020 | $62.39 | 841,539 |
| | 03/16/2020 | $176.06 | 845,345 | | 04/20/2020 | $56.34 | 847,283 |
| | 05/18/2020 | $56.34 | 849,130 | | 06/15/2020 | $57.90 | 850,823 |
| | 07/20/2020 | $57.90 | 852,647 | | 09/21/2020 | $115.81 | 856,342 |
| | 11/16/2020 | $57.90 | 859,986 | | 02/22/2021 | $92.61 | 865,330 |
| | 03/15/2021 | $30.87 | 867,118 | | 04/19/2021 | $30.93 | 868,857 |
| | 05/17/2021 | $31.37 | 870,729 | | 06/21/2021 | $31.37 | 872,543 |
| | 07/19/2021 | $31.37 | 874,320 | | 08/16/2021 | $31.37 | 876,010 |
| | 10/18/2021 | $14.78 | 879,510 | | 12/13/2021 | $15.83 | 882,840 |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | | |
| | 02/11/2019 | $4,560.33 | 819,839 | | 03/18/2019 | $2,577.73 | 821,815 |
| | 04/15/2019 | $2,577.73 | 823,840 | | 05/20/2019 | $2,577.73 | 825,830 |
| | 06/17/2019 | $2,624.20 | 827,814 | | 07/15/2019 | $2,624.20 | 829,674 |
| | 08/19/2019 | $5,248.40 | 831,676 | | 09/16/2019 | $2,692.54 | 833,673 |
| | 10/21/2019 | $2,591.40 | 835,710 | | 11/18/2019 | $2,591.40 | 837,773 |
| | 12/16/2019 | $2,566.48 | 839,689 | | 01/13/2020 | $2,566.48 | 841,571 |
| | 03/16/2020 | $7,627.20 | 845,373 | | 04/20/2020 | $2,440.61 | 847,312 |
| | 05/18/2020 | $2,440.61 | 849,161 | | 06/15/2020 | $2,508.41 | 850,847 |
| | 07/20/2020 | $2,508.41 | 852,677 | | 09/21/2020 | $5,016.82 | 856,372 |
| | 11/16/2020 | $2,508.41 | 860,011 | | 02/22/2021 | $4,011.74 | 865,362 |
| | 02/22/2021 | $3,352.97 | 865,362 | | 03/15/2021 | $1,337.25 | 867,141 |
| | 03/15/2021 | $1,117.66 | 867,141 | | 04/19/2021 | $1,340.11 | 868,888 |
| | 04/19/2021 | $1,120.05 | 868,888 | | 05/17/2021 | $1,358.94 | 870,755 |
| | 05/17/2021 | $1,135.79 | 870,755 | | 06/21/2021 | $1,358.93 | 872,569 |
| | 06/21/2021 | $1,135.78 | 872,569 | | 07/19/2021 | $1,358.93 | 874,346 |
| | 07/19/2021 | $1,135.78 | 874,346 | | 08/16/2021 | $1,358.93 | 876,039 |
| | 08/16/2021 | $1,135.78 | 876,039 | | 10/18/2021 | $640.08 | 879,541 |
| | 10/18/2021 | $534.97 | 879,541 | | 12/13/2021 | $685.80 | 882,869 |
| | 12/13/2021 | $573.18 | 882,869 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 12/16/2019 | $25.53 | 839,819 | | 01/13/2020 | $25.52 | 841,706 |
| | 02/12/2020 | ($25.52) | 841,706 | | 02/12/2020 | $25.52 | 844,232 |
| | 03/16/2020 | $72.03 | 845,505 | | 04/20/2020 | $23.05 | 847,448 |
| | 05/18/2020 | $23.05 | 849,274 | | 06/15/2020 | $23.69 | 850,960 |
| | 07/20/2020 | $23.69 | 852,792 | | 09/21/2020 | $47.37 | 856,490 |
| | 11/16/2020 | $23.69 | 860,123 | | 02/22/2021 | $312.68 | 865,485 |
| | 03/15/2021 | $104.23 | 867,226 | | 04/19/2021 | ($104.45) | 869,009 |
| | 04/19/2021 | $104.45 | 869,691 | | 04/19/2021 | $104.45 | 869,009 |
| | 05/17/2021 | $105.92 | 870,872 | | 06/21/2021 | $105.92 | 872,687 |
| | 07/19/2021 | $105.92 | 874,443 | | 08/16/2021 | $105.91 | 876,151 |
| | 10/18/2021 | $49.89 | 879,652 | | 10/18/2021 | $1,420.30 | 879,652 |
| | 12/13/2021 | $1,521.74 | 882,984 | | 12/13/2021 | $53.45 | 882,984 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,943.62 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,777.30 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 10,241.59 | * | 0.00 | |
| 0005 | BULDO BROTHERS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-30084**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0009 | CAVALRY SPV I LLC | UNSECURED | 9,607.58 | * | 0.00 | |
| 0011 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITI MASTERCARD | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | CITIBANK NA | UNSECURED | 9,268.82 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER FINANCIAL | UNSECURED | 13,358.60 | * | 0.00 | |
| 0020 | DR. LEFELT DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | MARIE BURKHARDT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MTGS PD IN FULL | 84,056.30 | 100.00% | 71,733.32 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 4,997.95 | * | 0.00 | |
| 0039 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,999.22 | * | 0.00 | |
| 0050 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 330.35 | * | 0.00 | |
| 0053 | BANK OF AMERICA | UNSECURED | 2,726.53 | * | 0.00 | |
| 0054 | BANK OF AMERICA | UNSECURED | 2,360.90 | * | 0.00 | |
| 0055 | BANK OF AMERICA NA | UNSECURED | 1,045.55 | * | 0.00 | |
| 0056 | BANK OF AMERICA | UNSECURED | 934.50 | * | 0.00 | |
| 0057 | CAVALRY SPV I LLC | UNSECURED | 319.93 | * | 0.00 | |
| 0058 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DISCOVER BANK | UNSECURED | 5,585.93 | * | 0.00 | |
| 0060 | MIDLAND FUNDING LLC | UNSECURED | 4,080.13 | * | 0.00 | |
| 0061 | MIDLAND FUNDING LLC | UNSECURED | 1,332.43 | * | 0.00 | |
| 0062 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | UNITED STATES TREASURY/IRS | UNSECURED | 1,292.62 | * | 0.00 | |
| 0066 | MIDLAND CREDIT MANAGEMENT, INC. | SECURED | 2,043.53 | 100.00% | 1,759.07 | |
| 0067 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 312.94 | * | 0.00 | |
| 0068 | UNIFUND CCR | UNSECURED | 10,220.20 | * | 0.00 | |
| 0069 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 2,296.44 | 100.00% | 1,335.99 | |
| 0070 | NATIONSTAR MORTGAGE LLC, D/B/A MR | SECURED | 21,541.37 | 100.00% | 11,241.96 | |
| 0071 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 30,285.92 | 100.00% | 2,942.04 | |

**Total Paid: $98,206.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $98,206.00    -    Paid to Claims: $89,012.38    -    Admin Costs Paid: $9,193.62    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.