Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Carl Muller                              Anita Marjorie Muller
   219 Highland Avenue                              219 Highland Avenue
   River Vale, NJ 07675                             River Vale, NJ 07675

Social Security No.:
   xxx−xx−8166                                      xxx−xx−0925

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/10/22 at 10:00 AM

to consider and act upon the following:

*93* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay, 43 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 50 Order (Generic), 71 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 76 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 01/24/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*94* − Certification in Opposition to Certification of Default filed by PNC Bank (related document:93 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay, 43 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 50 Order (Generic), 71 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 76 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 01/24/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Murano, John)

Dated: 1/18/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court