Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30084−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Carl Muller                          Anita Marjorie Muller
219 Highland Avenue                     219 Highland Avenue
River Vale, NJ 07675                       River Vale, NJ 07675

Social Security No.:
   xxx−xx−8166                                              xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/10/22 at 10:00 AM

to consider and act upon the following:

*93 −* Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay, 43 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 50 Order (Generic), 71 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 76 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 01/24/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*94 −* Certification in Opposition to Certification of Default filed by PNC Bank (related document:93 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 219 Highland Ave, River Vale Twp NJ 07675. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 39 Order on Motion For Relief From Stay, 43 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 50 Order (Generic), 71 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 76 Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 01/24/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Murano, John)

Dated: 1/18/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-30084-JKS

William Carl Muller                                                               Chapter 13

Anita Marjorie Muller

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 2

Date Rcvd: Jan 18, 2022                  Form ID: ntchrgbk                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| John F. Murano | on behalf of Debtor William Carl Muller john@muranoroth.com  vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John F. Murano | on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jan 18, 2022                       Form ID: ntchrgbk                        Total Noticed: 1

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage
Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK  N.A. rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11