UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Anita Marjorie Muller
William Carl Muller

Case No.:         18-30084 JKS

Chapter:                 13

Hearing Date:       2/10/2022

Judge:         John K. Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter: Creditor's Certification of Default filed on January 10, 2022 at document#93

_____

Date: 01/21/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*