Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Carl Muller
219 Highland Avenue
River Vale, NJ 07675

Anita Marjorie Muller
219 Highland Avenue
River Vale, NJ 07675

Social Security No.:
xxx−xx−8166                                             xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable John K. Sherwood on

Date:            April 14, 2022
Time:           10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to consider and act upon the following:

*101* − Certification in Opposition to Certification of Default filed by the Trustee (related document:99 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/4/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Murano, John)

and transact such other business as may properly come before the meeting.

Dated: March 4, 2022
JAN: mff

Jeanne Naughton
Clerk