| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

IN RE:

   WILLIAM CARL MULLER
   ANITA MARJORIE MULLER

Case No.:  18-30084 JKS

Hearing Date:  4/14/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: April 14, 2022

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): WILLIAM CARL MULLER
ANITA MARJORIE MULLER

Case No.: 18-30084

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/14/2022 on notice to JOHN F. MURANO, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 4/30/2022 or the case will be dismissed with no further notice or hearing.