Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    William Carl Muller                                   Anita Marjorie Muller
    219 Highland Avenue                                   219 Highland Avenue
    River Vale, NJ 07675                                  River Vale, NJ 07675

Social Security No.:
    xxx−xx−8166                                           xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 3, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 3, 2022
JAN: zlh

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William Carl Muller  
Anita Marjorie Muller  
    Debtors

Case No. 18-30084-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: May 03, 2022      Form ID: 148      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803525 | + | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803528 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803548 | + | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |
| 517803551 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517803552 | | Unifund, PO Box 505, Linden, MI 48451-0505 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 03 2022 20:36:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/Text: RASEBN@raslg.com | May 03 2022 20:37:00 | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517849802 | | Email/PDF: bncnotices@becket-lee.com | May 03 2022 20:47:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2022 20:47:36 | Amex, Correspondence/Bankruptcy, Po Box |

Case 18-30084-JKS   Doc 107   Filed 05/05/22   Entered 05/06/22 00:11:50   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 148 | Total Noticed: 69 |

| Recip ID | Method | Date | Name and Address |
|---|---|---|---|
| | | | 981540, El Paso, TX 79998-1540 |
| 517803507 | + EDI: BANKAMER.COM | May 04 2022 00:38:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517803508 | + EDI: BANKAMER2.COM | May 04 2022 00:38:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 517873584 | + EDI: BANKAMER2.COM | May 04 2022 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517858828 | EDI: BANKAMER.COM | May 04 2022 00:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517803510 | + EDI: PRATHEBUR | May 04 2022 00:38:00 | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803513 | EDI: CAPITALONE.COM | May 04 2022 00:38:00 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + EDI: CAPITALONE.COM | May 04 2022 00:38:00 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + Email/Text: bankruptcy@cavps.com | May 03 2022 20:37:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 517803515 | + Email/Text: bankruptcy@cavps.com | May 03 2022 20:37:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 517803517 | + Email/Text: bankruptcy.notifications@fisglobal.com | May 03 2022 20:37:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 517803518 | + EDI: CITICORP.COM | May 04 2022 00:38:00 | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + EDI: CITICORP.COM | May 04 2022 00:38:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + EDI: CITICORP.COM | May 04 2022 00:38:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517803520 | + EDI: CITICORP.COM | May 04 2022 00:38:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803521 | + EDI: CONVERGENT.COM | May 04 2022 00:38:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517803553 | + EDI: CITICORP.COM | May 04 2022 00:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517927194 | EDI: Q3G.COM | May 04 2022 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517803522 | + EDI: DISCOVER.COM | May 04 2022 00:38:00 | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517828813 | EDI: DISCOVER.COM | May 04 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + EDI: DISCOVER.COM | May 04 2022 00:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803525 | ^ MEBN | May 03 2022 20:37:19 | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803528 | ^ MEBN | May 03 2022 20:36:49 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | ^ MEBN | May 03 2022 20:36:29 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803530 | + Email/Text: data_processing@fin-rec.com | May 03 2022 20:37:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 148 | Total Noticed: 69 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 517803532 | + | EDI: RMSC.COM | May 04 2022 00:38:00 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + | EDI: IRS.COM | May 04 2022 00:38:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 517803516 | | EDI: JPMORGANCHASE | May 04 2022 00:38:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2022 20:37:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 517803537 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2022 20:37:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517873857 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2022 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803539 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2022 20:37:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | May 03 2022 20:37:00 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803542 | | Email/Text: Bankruptcy.Notices@pnc.com | May 03 2022 20:36:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | | Email/Text: Bankruptcy.Notices@pnc.com | May 03 2022 20:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | | EDI: PRA.COM | May 04 2022 00:38:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517803545 | | EDI: PRA.COM | May 04 2022 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | | EDI: PRA.COM | May 04 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803546 | | Email/Text: signed.order@pfwattorneys.com | May 03 2022 20:36:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517803541 | + | Email/Text: recovery@paypal.com | May 03 2022 20:36:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + | EDI: RECOVERYCORP.COM | May 04 2022 00:38:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517919747 | + | Email/Text: bncmail@w-legal.com | May 03 2022 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517807182 | + | EDI: RMSC.COM | May 04 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517803551 | ^ | MEBN | May 03 2022 20:37:08 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2022 20:37:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | Email/Text: RASEBN@raslg.com | May 03 2022 20:37:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517930955 | | Email/Text: bankruptcy@unifund.com | May 03 2022 20:37:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK N.A. bky@martonelaw.com |
| John F. Murano | on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John F. Murano | on behalf of Debtor William Carl Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11