Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30084−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Carl Muller | Anita Marjorie Muller |
| 219 Highland Avenue | 219 Highland Avenue |
| River Vale, NJ 07675 | River Vale, NJ 07675 |

Social Security No.:
    xxx−xx−8166                         xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        7/28/22
Time:        10:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
John F. Murano, Debtor's Attorney

COMMISSION OR FEES
$12,225.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐        will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑        will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: 10,889.10 was available for distribution to unsecured creditors,
net trustee commissions. Debtors will now increase plan payments to $3,250 for the remaining 16 months. After
taking into account attorney fees, $2,263.82 will be available for unsecured creditors.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 5, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-30084-JKS |
|---|---|
| William Carl Muller | Chapter 13 |
| Anita Marjorie Muller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: 137 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803548 | + | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 05 2022 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 05 2022 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 05 2022 22:06:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 05 2022 22:07:00 | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517849802 | | Email/PDF: bncnotices@becket-lee.com | Jul 05 2022 22:09:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Email/PDF: bncnotices@becket-lee.com | Jul 05 2022 22:09:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517803507 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 05 2022 22:06:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517803508 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 05 2022 22:07:00 | Bank of America, 100 North Tryon Street, |

District/off: 0312-2                     User: admin                              Page 2 of 4
Date Rcvd: Jul 05, 2022                  Form ID: 137                             Total Noticed: 69

| | | | |
|---|---|---|---|
| | | | Charlotte, NC 28255-0001 |
| 517873584 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jul 05 2022 22:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517858828 | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 05 2022 22:06:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517803510 | + Email/PDF: tbiedi@PRAGroup.com | Jul 05 2022 22:10:11 | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803513 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 05 2022 22:09:54 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 05 2022 22:10:09 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + Email/Text: bankruptcy@cavps.com | Jul 05 2022 22:07:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 517803515 | + Email/Text: bankruptcy@cavps.com | Jul 05 2022 22:07:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 517803517 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jul 05 2022 22:07:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 517803518 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 05 2022 22:10:13 | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 05 2022 22:10:13 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 05 2022 22:09:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517803520 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 05 2022 22:10:13 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803521 | + Email/Text: convergent@ebn.phinsolutions.com | Jul 05 2022 22:07:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517803553 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 05 2022 22:10:13 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517927194 | Email/Text: bnc-quantum@quantum3group.com | Jul 05 2022 22:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517803522 | + Email/Text: mrdiscen@discover.com | Jul 05 2022 22:06:00 | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517828813 | Email/Text: mrdiscen@discover.com | Jul 05 2022 22:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + Email/Text: mrdiscen@discover.com | Jul 05 2022 22:06:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803525 | ^ MEBN | Jul 05 2022 22:02:02 | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803528 | ^ MEBN | Jul 05 2022 22:02:02 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517803529 | ^ MEBN | Jul 05 2022 22:03:36 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803530 | + Email/Text: data_processing@fin-rec.com | Jul 05 2022 22:07:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517803532 | + Email/PDF: gecsedi@recoverycorp.com | Jul 05 2022 22:09:37 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 05 2022 22:07:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0312-2

User: admin

Page 3 of 4

Date Rcvd: Jul 05, 2022

Form ID: 137

Total Noticed: 69

| | | | | |
|---|---|---|---|---|
| 517803516 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 05 2022 22:09:54 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2022 22:07:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 517803537 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2022 22:07:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517873857 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2022 22:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803539 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 05 2022 22:07:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jul 05 2022 22:07:00 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803542 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 05 2022 22:06:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 05 2022 22:06:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 05 2022 22:09:59 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517803545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 05 2022 22:09:40 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 05 2022 22:09:41 | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803546 | | Email/Text: signed.order@pfwattorneys.com | Jul 05 2022 22:07:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517803541 | + | Email/Text: recovery@paypal.com | Jul 05 2022 22:06:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 05 2022 22:09:41 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517919747 | + | Email/Text: bncmail@w-legal.com | Jul 05 2022 22:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517807182 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 05 2022 22:10:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517803551 | ^ | MEBN | Jul 05 2022 22:03:17 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 05 2022 22:07:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | Email/Text: RASEBN@raslg.com | Jul 05 2022 22:07:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803552 | | Email/Text: bankruptcy@unifund.com | Jul 05 2022 22:07:00 | Unifund, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 517930955 | | Email/Text: bankruptcy@unifund.com | Jul 05 2022 22:07:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2        User: admin        Page 4 of 4

Date Rcvd: Jul 05, 2022        Form ID: 137        Total Noticed: 69

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Denise E. Carlon

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frank J Martone

on behalf of Creditor PNC BANK N.A. bky@martonelaw.com

John F. Murano

on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com
vicky@muranoroth.com;muranojr90959@notify.bestcase.com

John F. Murano

on behalf of Debtor William Carl Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com

Laura M. Egerman

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK N.A. rsolarz@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11