UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MURANO & ROTH, LLC
800 Kinderkamack Road - Suite 202N
Oradell, New Jersey 07649
201-265-3400
Attorneys for debtors
/s/ John F. Murano
John F. Murano\JM-8846

Order Filed on August 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM CARL MULLER AND ANITA MARJORIE MULLER

Case No.: 18-30084

Chapter: 13

Judge: Sherwood

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 3, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____John F. Murano_____, the applicant, is allowed a fee of $ ___12,225.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___12,225.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___3250.00___ per month for _remaining 16_ months to allow for payment of the above fee.

*rev.8/1/15*