UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

William Carl & Anita Marjorie Muller

Debtors

_____/

Case No.
18-30084
Chapter 13

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2023 APR 25 A 10: 22

FILED
JEANNE A. NAUGHTON, CLERK
APR 25 2023
U.S. BANKRUPTCY COURT
NEWARK, NJ
BY _____ DEPUTY

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #16

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding LLC, and hereby provides notice that the Proof of Claim #16 dated December 11, 2018 in the amount of $1,332.43 has been satisfied.

Respectfully submitted:

**Joe Raymond on behalf of Midland Credit Management, Inc.**

/s/ Joe Raymond
Lead Bankruptcy Specialist
320 E. Big Beaver Rd., Suite 300
Troy, MI 48083
(586) 983-7150

Dated: April 18, 2023

PO BOX 2037
WARREN, MI 48090

Address Service Requested

CLERK'S OFFICE
MLK JR FEDERAL BUILDING
50 WALNUT ST
NEWARK NJ 07102