Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−30084−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Carl Muller                                   Anita Marjorie Muller
219 Highland Avenue                              219 Highland Avenue
River Vale, NJ 07675                              River Vale, NJ 07675

Social Security No.:
xxx−xx−8166                                              xxx−xx−0925

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/23 at 10:00 AM

to consider and act upon the following:

*135* − Creditor's Certification of Default (related document:78 Motion for Relief from Stay re: re:219 Highland Avenue, River Vale, NJ, 07675. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 86 Amended Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/30/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*136* − Certification in Opposition to (related document:135 Creditor's Certification of Default (related document:78 Motion for Relief from Stay re: re:219 Highland Avenue, River Vale, NJ, 07675. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 86 Amended Order (Generic)) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 10/30/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Attachments: # 1 Certificate of Service) (Murano, John)

Dated: 10/26/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court