Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Carl Muller
219 Highland Avenue
River Vale, NJ 07675

Anita Marjorie Muller
219 Highland Avenue
River Vale, NJ 07675

Social Security No.:
xxx−xx−8166

xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/14/23 at 10:00 AM

to consider and act upon the following:

*141* − Application for Compensation for John F. Murano, Debtor's Attorney, period: 8/23/2023 to 11/3/2023, fee: $787.50, expenses: $0.00. Filed by John F. Murano. Objection deadline is 11/27/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Cover Sheet # 4 Proposed Order # 5 Certificate of Service) (Murano, John)

*142* − Limited Objection to Application for Compensation (related document:141 Application for Compensation for John F. Murano, Debtor's Attorney, period: 8/23/2023 to 11/3/2023, fee: $787.50, expenses: $0.00. Filed by John F. Murano. Objection deadline is 11/27/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Cover Sheet # 4 Proposed Order # 5 Certificate of Service) filed by Debtor William Carl Muller, Joint Debtor Anita Marjorie Muller) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/27/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court