**PNC BANK**

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

12/06/2023

DISTRICT OF NEW JERSEY BANKRUPTCY COURT

P.O. BOX 1352
NEWARK NJ 07101

Debtor  William Carl Muller  Anita Marjorie Muller

Case Number  18-30084

Dear Bankruptcy Court:

William Carl Muller  Anita Marjorie Muller   is the mortgagor on PNC Mortgage loan xxxxxx 5489

Please withdraw the   Notice of Mortgage Payment Change   that was filed on  12/06/2023
as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/  Vicki Pringle
_____
     Bankruptcy Specialist