| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MURANO & ROTH, LLC<br>800 Kinderkamack Road - Suite 202N<br>Oradell, New Jersey 07649<br>201-265-3400<br>Attorneys for debtors<br>/s/ John F. Murano<br>John F. Murano\JM-8846 | Order Filed on December 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM CARL MULLER AND ANITA MARJORIE MULLER | Case No.: 18-30084<br>Chapter: 13<br>Judge: Sherwood |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 17, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____John F. Murano_____, the applicant, is allowed a fee of $ _____787.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____787.50_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____NA_____ per month for _____NA_____ months to allow for payment of the above fee.

*rev.8/1/15*