Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30084−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Carl Muller | Anita Marjorie Muller |
| 219 Highland Avenue | 219 Highland Avenue |
| River Vale, NJ 07675 | River Vale, NJ 07675 |

Social Security No.:
   xxx−xx−8166                                            xxx−xx−0925

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/22/24 at 10:00 AM

to consider and act upon the following:

*152* − Creditor's Certification of Default (related document:78 Motion for Relief from Stay re: re:219 Highland Avenue, River Vale, NJ, 07675. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 81 Order on Motion For Relief From Stay, 86 Amended Order (Generic), 135 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 139 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 02/13/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*153* − Certification in Opposition to (related document:152 Creditor's Certification of Default (related document:78 Motion for Relief from Stay re: re:219 Highland Avenue, River Vale, NJ, 07675. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 81 Order on Motion For Relief From Stay, 86 Amended Order (Generic), 135 Creditor's Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 139 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 02/13/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by John F. Murano on behalf of Anita Marjorie Muller, William Carl Muller. (Attachments: # 1 Certificate of Service) (Murano, John)

Dated: 2/2/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court