UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for PNC Bank, National Association

In Re:

William Carl Muller
Anita Marjorie Muller

Debtors

Case No.: 18-30084 JKS

Chapter: 13

Hearing Date: February 22, 2024

Judge: John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default [Docket No. 152]

Date: February 14, 2024

/s/ Denise Carlon
Signature

*rev. 8/1/15*