| | |
|---|---|
| **UNITED STATES BANKRUPTY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ 07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| **IN RE:**<br><br>**WILLIAM CARL MULLER**<br>**ANITA MARJORIE MULLER,**<br><br>              **Debtors** | **Case No.:  18-30084 JKS** |

**NOTICE DEPOSITING UNCLAIMED FUNDS**
**PURSUANT TO D.N.J. LBR 7067-1**

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.


| | |
|---|---|
| Payee Name & Address: | WILLIAM CARL MULLER - Debtor's Refund<br>219 HIGHLAND AVENUE<br>RIVER VALE, NJ  07675 |
| Amount: | $1.00 |
| Trustee Claim Number: | 0 |
| Reason: | Not Cashing |

                                                                      By:   /S/  Marie-Ann Greenberg
Dated:  May 13, 2024                                                  MARIE-ANN GREENBERG
                                                                      CHAPTER 13 STANDING TRUSTEE