| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William Carl Muller<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8166<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anita Marjorie Muller<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0925<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–30084–JKS | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    William Carl Muller                        Anita Marjorie Muller

    <u>5/23/24</u>                        **By the court:** <u>John K. Sherwood</u>
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30084-JKS |
| William Carl Muller | Chapter 13 |
| Anita Marjorie Muller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2024 | Form ID: 3180W | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |
| aty | + | Rebecca A. Solarz, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| cr | + | Midland Credit Management, Inc as servicer for Mid, PO BOX 2011, Warren, NJ 48090-2011 |
| 517803505 | + | American Express, PO BOX 6985, Buffalo, NY 14240-6985 |
| 517803509 | + | Buldo Brothers, PO Box 326, Westwood, NJ 07675-0326 |
| 517803524 | + | Distressed Asset Portfolio, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 517803535 | + | Dr. LeFelt DDS, 669 Westwood Ave, Westwood, NJ 07675-6336 |
| 517803527 | + | EIS Collections, PO BOX 1730, Reynoldsburg, OH 43068-8730 |
| 517803526 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517803531 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 517803533 | + | Hackensack University Medical, 452 Old Hook Road, Emerson, NJ 07630-1381 |
| 517803511 | + | Marie Burkhardt, 210 Bergenline Ave, Union City, NJ 07087-2842 |
| 517803536 | + | Michael Harrison Esq, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 517803543 | + | Pnc Mortgage National Association, PO BOX 94982, Cleveland, OH 44101-4982 |
| 517803547 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Bldg 1, Belmar, NJ 07719-9020 |
| 517803550 | + | Selip & Stylioanou, 10 Forest Avenue - Sutie 300, Paramus, NJ 07652-5242 |
| 517807182 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 520254564 | + | William Carl Muller, Anita Marjorie Muller, 219 Highland Avenue, River Vale, NJ 07675-5520 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2024 20:50:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/Text: RASEBN@raslg.com | May 23 2024 20:51:00 | U.S. Bank National Association, as Trustee for Ban, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517849802 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803506 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 20:58:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517803507 | + | EDI: BANKAMER | May 24 2024 00:31:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |

Case 18-30084-JKS    Doc 161    Filed 05/25/24    Entered 05/26/24 00:18:30    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 3180W | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 517803508 | + | EDI: BANKAMER2 | May 24 2024 00:31:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 517873584 | + | EDI: BANKAMER2 | May 24 2024 00:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517858828 | | EDI: BANKAMER | May 24 2024 00:31:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517803510 | + | EDI: Q3GTBI | May 24 2024 00:31:00 | Bureaus Investment Group, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517803513 | | EDI: CAPITALONE.COM | May 24 2024 00:31:00 | Capital One bank, PO Box 85520, Richmond, VA 23285 |
| 517803512 | + | EDI: CAPITALONE.COM | May 24 2024 00:31:00 | Capital One, PO BOX 85619, Richmond, VA 23285-5619 |
| 517803514 | + | Email/Text: bankruptcy@cavps.com | May 23 2024 20:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 517803515 | + | Email/Text: bankruptcy@cavps.com | May 23 2024 20:53:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 517803517 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 23 2024 20:53:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 517803518 | + | EDI: CITICORP | May 24 2024 00:31:00 | Citi Mastercard, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517803519 | + | EDI: CITICORP | May 24 2024 00:31:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517927931 | + | EDI: CITICORP | May 24 2024 00:31:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517803520 | + | EDI: CITICORP | May 24 2024 00:31:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517803521 | + | EDI: CONVERGENT.COM | May 24 2024 00:31:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517803553 | | EDI: CITICORP | May 24 2024 00:31:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517927194 | | EDI: Q3G.COM | May 24 2024 00:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517803522 | + | EDI: DISCOVER | May 24 2024 00:31:00 | Discover Bank, 502 Market St, Greenwood, DE 19950-9700 |
| 517828813 | | EDI: DISCOVER | May 24 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517803523 | + | EDI: DISCOVER | May 24 2024 00:31:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517803528 | | Email/Text: bankruptcycourts@equifax.com | May 23 2024 20:51:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 517803525 | ^ | MEBN | May 23 2024 20:45:20 | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 517803529 | ^ | MEBN | May 23 2024 20:45:05 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517803530 | + | Email/Text: data_processing@fin-rec.com | May 23 2024 20:52:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 517803532 | + | EDI: SYNC | May 24 2024 00:31:00 | Ge Capital Retail Bank, 170 Election Rd Suite 125, Draper, UT 84020-6425 |
| 517803534 | + | EDI: IRS.COM | May 24 2024 00:31:00 | Internal Revenue Service (Asset/Chap13), Post |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 3180W | Total Noticed: 71 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 517803516 | | EDI: JPMORGANCHASE | May 24 2024 00:31:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517803538 | + | Email/Text: bankruptcydpt@mcmcg.com | May 23 2024 20:52:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 517803537 | + | Email/Text: bankruptcydpt@mcmcg.com | May 23 2024 20:52:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517873857 | + | Email/Text: bankruptcydpt@mcmcg.com | May 23 2024 20:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803539 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 23 2024 20:51:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517803540 | ^ | MEBN | May 23 2024 20:46:32 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 517803542 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2024 20:50:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 517927034 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2024 20:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517919073 | | EDI: PRA.COM | May 24 2024 00:31:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517803545 | | EDI: PRA.COM | May 24 2024 00:31:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 517919079 | | EDI: PRA.COM | May 24 2024 00:31:00 | Portfolio Recovery Associates, LLC, c/o Dressbarn, POB 41067, Norfolk VA 23541 |
| 517803546 | | Email/Text: signed.order@pfwattorneys.com | May 23 2024 20:51:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517803541 | + | Email/Text: recovery@paypal.com | May 23 2024 20:50:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 517803544 | + | EDI: PRA.COM | May 24 2024 00:31:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517803548 | + | Email/Text: RASEBN@raslg.com | May 23 2024 20:51:00 | RAS Citron, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517919747 | + | Email/Text: bncmail@w-legal.com | May 23 2024 20:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517803551 | ^ | MEBN | May 23 2024 20:44:37 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517885370 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 23 2024 20:51:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517812555 | + | Email/Text: RASEBN@raslg.com | May 23 2024 20:51:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517803552 | | Email/Text: bankruptcy@unifund.com | May 23 2024 20:51:00 | Unifund, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 517930955 | | Email/Text: bankruptcy@unifund.com | May 23 2024 20:51:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 3180W | Total Noticed: 71 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517916179 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517803549 | *+ | Ras Citron LLC, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 dmcdonough@flwlaw.com

Frank J Martone
    on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com

John F. Murano
    on behalf of Joint Debtor Anita Marjorie Muller john@muranoroth.com vicky@muranoroth.com;muranojr90959@notify.bestcase.com

John F. Murano
    on behalf of Debtor William Carl Muller john@muranoroth.com  vicky@muranoroth.com;muranojr90959@notify.bestcase.com

Laura M. Egerman
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11